■ In the Matter of R. GLENN HALE v. BERNADINE S. HARTFELDER et al.— Motion to dismiss appeals denied; motion granted and time for filing records and appellant's brief extended, and appeals set down for argument on May 11, 1961.

■ In the Matter of the Estate of TINA H. HALE, Deceased.— Motion for final dismissal of appeal denied; motion to extend time for filing records and briefs granted.

■ In the Matter of HENRY SECOR, Appellant, v. CITY OF AUBURN RECORDER'S COURT, Respondent.— Motion for leave to prosecute appeal as a poor person denied on the ground that there is no proof before the court that timely notices of appeal were filed or served from the orders alleged to have been entered on November 10, 1960 and February 28, 1961.

■ In the Matter of the Accounting of ALINE C. J. ELLIS, as Executrix of JOSEPH ELLIS, Deceased, Executor of ROSE E. SHAPIRO, Deceased.— Appeal dismissed unless records and briefs are filed and served on or before June 1, 1961.

■ In the Matter of the Accounting of FRANCIS H. BARON, as Executor of BARBARA O. HEPT, Deceased.— Appeal dismissed unless records and appellant's brief are filed and served on or before May 15, 1961 and appellant prepared to argue at this term of court. Respondent may file and serve typewritten briefs at time of the argument.

■ In the Matter of JULIUS ZIMMERMAN, Doing Business as NEW HARLEM GRILL, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.— Motion to permit argument at May Term denied.

■ FLOYD S. GOULD, Appellant, v. CHARLES AUBREY, Respondent.— Motion to file five typewritten copies of appellant's brief denied.

■ In the Matter of CHARLES L. HUTCHINSON, as Director of Probation, Erie County,— Order for destruction of papers entered.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Appellant, v. SOLOMON FLETCHER, Respondent.— Motion to dismiss appeal denied.

■ SIDNEY K. SCHOENWALD, Appellant, v. CHARLES HACK et al., Respondents.— Motion for a stay denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SHAMPO, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion for assignment of counsel denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELIUS ASKEW and CLEVELAND KIMBROUGH, Appellants.— Motion granted to the extent of permitting one brief to be submitted on behalf of appellants in the two entitled appeals, if they are so advised, and otherwise motion denied. Appellants' attorneys are hereby directed to file and serve brief on or before August 1, 1961.

· ■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE JAMES ROBINSON and ERNEST JACKSON, Appellants.— Motion granted and time for argument of appeals enlarged to include September 1961 Term of court, on condition that counsel file and serve appellants' briefs on or before August 1, 1961 and be ready to argue the appeals at the September 1961 Term.

· ■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HIDER ELHAGE, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1961 Term on condition that appellant's brief is filed and served on or before August 1, 1961.